**MORGAN, LEWIS & BOCKIUS LLP**
(Pennsylvania Limited Liability Partnership)
Christopher Iannicelli (NJ ID No. 005672003)
christopher.iannicelli@morganlewis.com
502 Carnegie Center
Princeton, NJ 08540-6241
United States
609.919.6600

Gregory T. Parks (admitted *pro hac vice*)
gregory.parks@morganlewis.com
Kristin M. Hadgis
kristin.hadgis@morganlewis.com
1701 Market Street
Philadelphia, PA 19103
215.963.5000

*Attorneys for Defendant*
Burlington Stores, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANNETTE MARTINEZ, Individually and on behalf of all other persons similarly situated,**<br><br>                **Plaintiff,**<br>     v.<br><br>**BURLINGTON STORES, INC.,**<br><br>                **Defendant.** | Civil Action No.: 1:16-cv-02064<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that on August 1, 2016, or as soon thereafter as counsel may be heard, Defendant Burlington Stores, Inc. will move before the Honorable Renee Marie Bumb, U.S.D.J. for an Order dismissing Plaintiff's Complaint with prejudice, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  Defendant respectfully requests oral argument on the Motion to Dismiss Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Defendant will rely upon the accompanying Memorandum of Law and proposed form order.

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

Dated: June 30, 2016

/s/ Christopher Iannicelli
Christopher Iannicelli
502 Carnegie Center
Princeton, NJ 08540-6241
United States
609.919.6600

Gregory T. Parks (admitted *pro hac vice*)
Kristin M. Hadgis
1701 Market Street
Philadelphia, PA 19103
215.963.5000

*Attorneys for Defendant*
Burlington Stores, Inc.

## CERTIFICATE OF SERVICE

      I, Christopher Iannicelli, do hereby certify that on June 30, 2016, I caused a true and correct copy of the foregoing motion, together with the accompanying memorandum to be served on all counsel of record via the Court's Electronic Case Filing System.

Dated:  June 30, 2016	/s/ Christopher Iannicelli
	Christopher Iannicelli